Ljubica RAJKOVIC, Appellant

v.

**Barack Hussein OBAMA,
et al., Appellees.**

**No. 14–5166.**

United States Court of Appeals,
District of Columbia Circuit.

March 25, 2015.

Ljubica Rajkovic, Beograd, Serbia, pro
se.

R. Craig Lawrence, U.S. Attorney's Of-
fice, Washington, DC, for Appellees.

Before: HENDERSON and PILLARD,
Circuit Judges, and GINSBURG, Senior
Circuit Judge.

### JUDGMENT

PER CURIAM.

This appeal was considered on the rec-
ord from the United States District Court
for the District of Columbia and on the
brief filed by appellant. *See* Fed. R.App.
P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the
district court's order filed May 19, 2014, be
affirmed. Appellant has identified no er-
ror in the district court's holding that the
federal courts lack authority to grant the
relief she seeks, which is within the pur-
view of other branches of the federal gov-
ernment. To the extent appellant argues
that the district court erred by sua sponte
dismissing her complaint prior to service
of process on the defendants, the dismissal
was proper pursuant to 28 U.S.C.
§ 1915(e)(2), which provides "the court
shall dismiss the case at any time" if the
court determines that the action is frivo-
lous or fails to state a claim on which relief
may be granted.

Pursuant to D.C. Circuit Rule 36, this
disposition will not be published. The
Clerk is directed to withhold issuance of
the mandate herein until seven days after
resolution of any timely petition for re-
hearing or petition for rehearing en banc.
*See* Fed. R.App. P. 41(b); D.C.Cir. Rule
41.